CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
MAR 15 2011
JULIA C. DUDLEY, CLERK
BY: Fay Coleman
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JACQUELINE D. GOODE,<br>                          *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF<br>SOCIAL SECURITY,<br>                          *Defendant.* | CIVIL ACTION NO. 6:09-cv-00045<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

On February 1, 2010, I referred this case to United States Magistrate Judge Michael F. Urbanski for proposed findings of fact and a recommended disposition. Plaintiff subsequently moved for summary judgment (docket no. 13). The Commissioner of Social Security filed a motion for summary judgment (docket no. 14) and a supplemental motion for summary judgment (docket no. 22). Thereafter, on February 25, 2011, Judge Urbanski filed a Report and Recommendation ("Report") recommending that this case be remanded pursuant to sentence four of 42 U.S.C. § 405(g), that Plaintiff's motion for summary judgment be granted, and that Commissioner's motion for summary judgment and supplemental motion for summary judgment be denied.

After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the Report of February 25, 2011, is ADOPTED in its entirety;

2. Plaintiff's motion for summary judgment (docket no. 13) is GRANTED;

3. the Commissioner's motion for summary judgment (docket no. 14) and supplemental motion for summary judgment (docket no. 22) are DENIED;

4. this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report; and

5. this action is DISMISSED from the Court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record, and to United States Magistrate Judge Michael F. Urbanski.

It is so ORDERED.

ENTERED this 15th day of March, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE